**Order entered August 31, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

No. 05-20-00432-CR
No. 05-20-00434-CR

**EDGAR FABIAN VASQUEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-80176-2018 Cts. 1 & 2**

**ORDER**

Before the Court is appellant's August 17, 2020 motion to consolidate appeals 05-20-00432-CR and 05-20-00434-CR or, alternatively, to extend the time to file appellant's brief in cause no. 05-20-00434-CR. We **GRANT** appellant's alternative relief and **EXTEND** the time to file appellant's brief in both cases until September 11, 2020.

/s/    LANA MYERS
        JUSTICE